UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2861-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR PEREZ LINARES,

    Material Witness.
_____

**O R D E R**

THIS CAUSE is before the Court on Material Witness, Victor Perez Linares', Motion for Permission to Change Address. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Material Witness may reside with his in-laws, Pedro Guevara Uley and Maria Cristina Lopez, at the address provided in the motion.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of September, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

SAUSA Don Brown (MIA)
Manny Gonzalez, Esq.